UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Joonsung Park and Jinbum Kim
On behalf of themselves and all other Plaintiffs
similarly situated known and unknown

      Plaintiffs,
v.

Freehold Healthcare, LLC. dba Happy Home Adult Day Care, Junghoon Shin, and Robert Notte

      Defendants.

Index No. 18-CV-11306

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants in the above-captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

Dated: ~~June~~ July 14, 2022
Fort Lee, New Jersey

Ryan Kim Law, P.C.

By: _____
Ryan J. Kim, Esq.
222 Bruce Reynolds Blvd. Suite 490
Fort Lee, NJ 07024
Tel: (201)897-8787
Email: ryan@ryankimlaw.com
*Attorneys for Plaintiffs*

DeMarco & DeMarco

By: _____
Michael DeMarco, Esq.
912 Belmont Avenue
North Haledon, NJ 07508
Telephone: (973) 427-8843
Email: demarcoanddemarco@gmail.com
*Attorneys for Defendants,* Freehold Healthcare, LLC and Junghoon Shin

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 7/14/2022

1